IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| **DAVID KORICH** | § | Civil Action No. 1:20-cv-02991 |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TRANS UNION, LLC** | § | |
| | § | |
| **Defendant** | § | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, to file this Notice, and in support would show as follows.

1. Plaintiff and TRANS UNION, LLC have settled all claims between them and Plaintiff at this time. The parties anticipate it will take sixty days to complete the documentation necessary to close these matters and file a Stipulation of Dismissal with prejudice as to Defendant TRANS UNION, LLC.

2. Plaintiff will file a Stipulation of Dismissal with Prejudice as to TRANS UNION, LLC when closing documents are exchanged and executed.

3. Plaintiff reserves and maintains all claims against all other defendants, if any remain, at this time.

Dated: December 23, 2020

    Respectfully submitted,

        /s/Jonathan Raburn
        Jonathan Raburn
        ATTORNEY FOR PLAINTIFF

        Louisiana Bar Roll No. 28728
        McCarty & Raburn, A Consumer Law Firm, PLLC
        2931 Ridge Rd, Suite 101 #504
        Rockwall, TX 75032
        jonathan@geauxlaw.com
        Telephone: 225-412-2777

**CERTIFICATE OF SERVICE**

I hereby certify that on the December 23, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Dated December 23, 2020

        /s/Jonathan Raburn
        Jonathan Raburn
        ATTORNEY FOR PLAINTIFF