IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No.  20-cv-02991-RM-NYW

DAVID KORICH,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice ("Stipulation") (ECF No. 23).  Having considered the Stipulation, the Court file, and being otherwise fully advised, the Court hereby

ORDERS that the claims and causes of action asserted herein by Plaintiff David Korich against Trans Union, LLC are in all respects dismissed with prejudice to the refiling of the same, with each party to bear his or its own costs; and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

DATED this 11th day of February, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge